Rivera, Demandante y Apelado *v.* Rivera et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de Mayagüez en causa sobre división de propiedad.

Moción del demandante y apelado sobre desestimación de apelación.

No. 1364.—Resuelto en noviembre 8, 1915.

Excepciones Previas—Apelación para Ante la Corte de Distrito—Falta de Resolver las Excepciones Previas en la Apelación—Jurisdicción.—

Aun cuando una corte de distrito no resuelva en grado de apelación las excepciones previas opuestas a la demanda en la corte municipal, esto no impide que puedan tratarse ante la Corte Suprema, aunque antes no hubieran sido alegados aquellos motivos de excepción que se basan en la falta de jurisdicción de la corte y en la carencia de hechos determinantes de causa de acción, según se ha resuelto repetidas veces.

TRANSCRIPCIÓN DE AUTOS—FALTA DE EXPOSICIÓN DEL CASO—PLIEGO DE EXCEPCIONES—PLEITO RESUELTO POR LOS MÉRITOS DE LAS PRUEBAS.—El hecho de que la transcripción de autos para la apelación de un pleito resuelto por los méritos de las pruebas no contenga una relación de hechos o pliego de excepciones, no es por sí solo suficiente para desestimar la apelación, pues ello no impide que la corte examine las alegaciones.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogado del apelado: *Sr. Benito Forés.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tribunal.

La transcripción de los autos que se ha presentado en este tribunal contiene la demanda con que se inició el pleito en la Corte Municipal de San Germán, las excepciones que allí opusieron los demandados y su resolución, así como la sentencia que en grado de apelación pronunció la Corte de Distrito de Mayagüez en este pleito, acumulado a otro, las conclusiones que le sirvieron de fundamento y el escrito de apelación.

Radicado el alegato para sostener la apelación nos presentó la parte apelada una certificación del secretario de la Corte de Distrito de Mayagüez creditiva de que allí no se habían discutido y resuelto las excepciones previas opuestas a la demanda y por moción pidió que desestimáramos el recurso.

Los motivos en que se apoya la moción son manifiestamente equivocados, porque aun cuando la corte de distrito no resolviera las excepciones previas opuestas en la corte municipal por una de las demandadas, esto no impide que puedan tratarse ante nosotros, aunque antes no hubieran sido alegados, aquellos motivos de excepción que se basan en la falta de jurisdicción de la corte y en la carencia de hechos

determinantes de causa de acción, según hemos resuelto repetidas veces.

En cuanto al otro fundamento de que habiéndose resuelto el pleito por los méritos de las pruebas debe la transcripción contener necesariamente una relación de ellas o un pliego de excepciones y que su falta produce la desestimación del recurso, es tan erróneo como el anterior, pues según dijimos en el caso de *Belaval* v. *Todd,* 22 D. P. R. 129, la falta de exposición del caso no es fundamento por sí solo suficiente para desestimar una apelación, pues ello no impide que la corte examine las alegaciones.

La moción debe ser desestimada.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison no intervino.